**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL SANTANA,                        :   No. 147 MM 2017
                                        :
             Petitioner              :
                                        :
                                        :
         v.                      :
                                        :
                                        :
PENNSYLVANIA BOARD OF                    :
PROBATION AND PAROLE AND                 :
ATTORNEY GENERAL JOSH SHAPIRO,           :
                                        :
             Respondents             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.